BOUDINOT ATTERBURY et al., Appellants, *v.* JAMES F. WALSH PAPER CORPORATION et al., Respondents.

Argued May 19, 1941; decided June 12, 1941.

*Neil P. Cullom* and *Henry W. Steingarten* for appellants.

*Irving S. Abrams* and *Max M. Greenfield* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.